IN THE COURT OF APPEALS

THIRD DISTRICT OF TEXAS

RECEIVED

SEP 0 4 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

JASON DALE WHITLOCK  §
APPELLANT (Pro-se)  §
  §
VS.  §  CIVIL ACTION NO: 03-15-00397 CV
  §
THE STATE OF TEXAS  §
 APPELLEE  §

FILED

September 4, 2015

Third Court of Appeals
Jeffrey D. Kyle
Clerk

## MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUDGES OF SAID COURT:

Comes now. Jason Dale Whitlock. hereafter. "Appellant" respectfully moves this HONORABLE COURT to grant him in all things. this motion for Extension of Time and would show the following in support:

### I.

### ADVISORY TO THIS COURT

1. Appellant filed a document with this Court's Clerk titled "Appeal" which was ment to be Appellant's "Brief" in this appeal; however. on or about August 25. 2015 the Disrtict Clerk's office for this court mailed a letter informing Appellant that the "Brief" was past-due and gave Appellant until September 4, 2015 to file the Brief.

2. Appellant will be filing a meaningful Brief if given the time to do so. This motion is respectfully filed and is not filed to delay the proceedings. Appellant is proceeding pro-se and files this motion in good faith. This is the Appellant's first and only motion for Extension of Time.

### II.

### ACTION REQUESTED

Appellant is requesting a 30 day extension of time to file the Pro-se Brief.

### PRAYER

Appellant hereby prays that this court grants his request for extension of time of 30 days to have the Pro-se Brief filed. That would make the Brief

due in this court on or before October 1, 2015.

Respectfully Submitted.
Jason Dale Whitlock #1877065

*Jason D. Whitlock 1877065*

Ellis Unit
1697 F.M. 980
Huntsville, Texas 77343

## UNSWORN DECLARATION

I, Jason Dale Whitlock TDCJ # 1877065, being presently incarcerated at the Ellis Unit, 1697 F.M. 980, Huntsville, Texas 77343, declare under the penalty of perjury that according to my brief forgoing information in Appellant's motion for Extension of Time are true and correct.

SIGNED ON: *September 1, 2015*

Jason Dale Whitlock # 1877065

*Jason D. Whitlock #1877065*

Ellis Unit
1697 F.M. 980
Huntsville, Tx 77343

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above foregoing motion for extension of time has been furnished to the office of the clerk of the Court of Appeals, Third District of Texas, P.O. Box 12547, Austin, Texas 78711 as well as a letter and a copy of the foregoing motion having being sent to Ashley Knight, Assistant District Attorney's Office, 124 West Beauregard Ave. Ste. B, San Angelo, Texas 76903 and was sent via, US. Postal mail through the O.B. Ellis Units TDCJ mail drop box on September 1, 2015

Respectfully Submitted,
Jason Dale Whitlock # 1877065

*Jason D. Whitlock 1877065*

Ellis Unit
1697 F.M. 980

Huntsville, Texas 77343

## Certificate of Conference

I, Jason Dale Whitlock, do hereby certify that I had attempted to confer with Ashley Knight, 124 W. Beauregard, San Angelo, Tx. 76903. (A Party involved in the Court of Appeals Cause Number 03-15-00397-CV) Via U.S. Postal Mail regarding the request and submission of a Motion for "Extension of Time" and have not received any response in regards to this matter.

signed: September 1, 2015

Respectfully Submitted
Jason Dale Whitlock #1877065
Jason D. Whitlock #1877065
Ellis Unit
1697 F.M. 980
Huntsville, Texas 77343

TO: Court of Appeals
    CLERK
    Third District of Texas
    P.O. Box 12547
    Austin, Texas 78711-2547                    Sept. 1, 2015


RE: Court of Appeals NO: 03-15-00397 CV.

RECEIVED
SEP 0 4 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

        Dear Cleark of The Court of Appeals;

        My name is Jason Dale Whitock, Appellant in the above referenced
cause number. I had just received a notice informing me that my brief was
past due. Please find enclosed my motion for extension of time and file accordingly.
I had previously mislabled my brief as "Appeal" and mailed it to the court
of appeals. I apologize for any inconveniences I may have cased.

        Also, regarding Tex. R. App. P 5, I was declared indigent by the Trial
Court regarding this cause and ask that The Court of Appeals waive the filing
fees for this motion.

        Thank you in advance for your assistance in this matter, it is greatly
appreciated.


                                Sincerely,
                                Jason Dale Whitlock # 1877065
                                Jason Whitlock #1877065
                                Ellis Unit
                                1697 F.M. 980
                                Huntsville, Texas 77343



yrorm Willistock (418 1108)
Ellis Unit
697 JM 980
Huntsville, Texas. 77343.

Legal
Mail

Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas.
78711-2547

787112547474

01 SEP 2015 PM 5 L

FOREVER USA